1

2                        **UNITED STATES DISTRICT COURT**

3                             **DISTRICT OF NEVADA**

4                                      **\*\*\***

5

6    THOMAS CHRISTENSEN, CHRISTENSEN
     LAW OFFICES, LLC,

7                                                    2:13-cv-00956-APG-VCF
                           Plaintiffs,
8                                                    **MINUTE ORDER**
     vs.
9
     DARWIN NATIONAL ASSURANCE
10   COMPANY, *et al.*,

11                         Defendants.

12          Before the Court is Defendant Darwin National Assurance Company's Emergency Motion to

13   Stay Discovery. (#24).

14          IT IS HEREBY ORDERED the opposition to Defendant Darwin National Assurance Company's

15   Emergency Motion to Stay Discovery (#24) is due on or before March 12, 2014.

16          IT IS FURTHER ORDERED that a hearing on Defendant Darwin National Assurance

17   Company's Emergency Motion to Stay Discovery (#24) is scheduled for 2:00 p.m., March 14, 2014, in

18   Courtroom 3D.

19          DATED this 5th day of March, 2014.

20                                                    _____

21                                                    CAM FERENBACH
                                                      UNITED STATES MAGISTRATE JUDGE
22

23

24

25