**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| THOMAS CHRISTENSEN, CHRISTENSEN LAW OFFICES, LLC, | 2:13-cv-00956-APG-VCF |
| Plaintiffs, | **MINUTE ORDER** |
| vs. | |
| DARWIN NATIONAL ASSURANCE COMPANY, *et al.*, | |
| Defendants. | |

Before the Court is Defendant Darwin National Assurance Company's Emergency Motion to Stay Discovery. (#24).

IT IS HEREBY ORDERED the opposition to Defendant Darwin National Assurance Company's Emergency Motion to Stay Discovery (#24) is due on or before March 12, 2014.

IT IS FURTHER ORDERED that a hearing on Defendant Darwin National Assurance Company's Emergency Motion to Stay Discovery (#24) is scheduled for 2:00 p.m., March 14, 2014, in Courtroom 3D.

DATED this 5th day of March, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE